1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )   Case No.: 5:17-CR-00223-JGB
11                                )
             Plaintiff,           )   ORDER OF DETENTION PENDING
12                                )   FURTHER REVOCATION
         v.                       )   PROCEEDINGS
13                                )   (FED. R. CRIM. P. 32.1(a)(6); 18
                                  )   U.S.C. § 3143(a)(1))
14  Eduardo Valladolid            )
             Defendant.           )
15  _____ )

16       The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the <u>Central</u> District of
18  <u>California</u> for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A. (x)  The defendant has not met his/her burden of establishing by clear and
23          convincing evidence that he/she is not likely to flee if released under 18
24          U.S.C. § 3142(b) or (c). This finding is based on the following:
25          ( )  information in the Pretrial Services Report and Recommendation
26          ( )  information in the violation petition and report(s)
27          (x)  the defendant's nonobjection to detention at this time
28          ( )  other: _____

1

1            and/ or

2 B. (×)    The defendant has not met his/her burden of establishing by clear and
3            convincing evidence that he/she is not likely to pose a danger to the safety
4            of any other person or the community if released under 18 U.S.C.
5            § 3142(b) or (c). This finding is based on the following:
6            ( )    information in the Pretrial Services Report and Recommendation
7            ( )    information in the violation petition and report(s)
8            (×)   the defendant's nonobjection to detention at this time
9            ( )    other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

13
14 Dated: 08/08/2025                        _____
                                               SHASHI H. KEWALRAMANI
15                                                UNITED STATES MAGISTRATE JUDGE

16
17
18
19
20
21
22
23
24
25
26
27
28